# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHELLE JACKSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) Case No.: 22-CV-02772 |
| MOTIVATE LLC, | ) ) ) |
| *Defendant*. | ) |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned Parties hereby jointly stipulate and agree to dismissal without prejudice of all claims in the above-captioned matter brought by Plaintiff Michelle Jackson against Motivate LLC.

Respectfully Submitted,


By: */s/ Brandon M. Wise*
Brandon M. Wise – IL Bar # 6319580
Paul A. Lesko – IL Bar # 6288806
Adam Florek – IL Bar # 6320615
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@peifferwolf.com
Email: plesko@peifferwolf.com
Email: aflorek@peifferwolf.com

By: */s/ Richard P. McArdle*
Richard P. McArdle
Danielle M. Kays
Sarah K. Bauman
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Ph: 312-460-5000
Email: rmcardle@seyfarth.com
Email: dkays@seyfarth.com
Email: sbauman@seyfarth.com

CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing document with the clerk of the Court using the Court's ECF system, which should further distribute a true and accurate copy of the foregoing to all counsel of record.

*/s/ Brandon M. Wise*